## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLIE MCDERMOTT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **NO. 17-4511** |
| **GREAT LAKES DREDGE AND DOCK** | : | |
| **COMPANY** | : | |

## ORDER

**AND NOW**, this 15th day of December 2017, upon considering the parties' attached Stipulation for an extension of time for Defendant to respond to the Complaint, it is **ORDERED** the attached Stipulation is **APPROVED** and Defendant Great Lakes Dredge and Dock Company shall respond to the Complaint no later than **January 17, 2018**.

KEARNEY, J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LESLIE MCDERMOTT | : | |
| | : | CIVIL ACTION |
| vs. | : | |
| | : | NO. 17-cv-4511 (MAK) |
| GREAT LAKES DREDGE AND DOCK CO. | : | |

**STIPULATION FOR AN EXTENSION OF TIME TO
ANSWER COMPLAINT**

It is hereby stipulated and agreed between counsel for Plaintiff, Leslie McDermott, and

counsel for Defendant, Great Lakes Dredge and Dock Co., that the time within which said

Defendant may file an Answer to the Complaint filed by Plaintiff is hereby extended until and

including Wednesday, January 17, 2018.

**MORGAN & PAUL, PLLC**

By: ___/s/ Gregory G. Paul_____ _
     Gregory G. Paul (ID 83334)
     First & Market Buildings
     100 First Avenue, Ste. 1010
     Pittsburgh, PA 15222
     Attorney for Plaintiff
     Leslie McDermott

Dated: December 14, 2017

**PALMER BIEZUP & HENDERSON**

By: ___/s/ Frank P. DeGiulio_____
     Frank P. DeGiulio (ID 41577)
     190 North Independence Mall West
     Suite 401
     Philadelphia, PA 19106
     Attorneys for Defendant
     Great Lakes Dredge and Dock Co

Dated: December 14, 2017

SO ORDERED THIS ____ DAY

OF _____ 2017

_____
Hon. Mark A. Kearney, U.S.D.J.