IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LESLIE MCDERMOTT** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 17-4511 |
| **GREAT LAKES DREDGE AND DOCK COMPANY** | : |
| | : |

# ORDER

**AND NOW,** this 25th day of May 2018, upon considering the parties' joint Motion to amend (ECF Doc. No. 15) our February 7, 2018 Order which began discovery on January 18, 2018 (ECF Doc. No. 11) and finding the parties provide good cause for an extension of time to allow continuing discovery, it is **ORDERED** the joint Motion (ECF Doc. No. 15) is **GRANTED in part** and we **amend** our February 7, 2018 Order only as to prospective obligations:

1. All fact and expert discovery shall be served, noticed and completed by **August 3, 2018**.[1]

2. Counsel for each party shall serve upon counsel for every other party the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) necessary to meet their burden of proof by expert report or answer to expert interrogatory no later than **July 2, 2018**. If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party, counsel shall serve such rebuttal evidence on counsel for every other party no later than **July 30, 2018**. Expert depositions, if any, shall be concluded no later than **August 3, 2018**.

---

[1] Should *all* parties wish to extend this *discovery* deadline and reschedule with Judge Heffley *without extending any other deadline*, the parties may agree to do so without seeking leave of the Court.

3. Summary judgment and *Daubert* motions, if any, shall be filed no later than **August 20, 2018**. Responses shall be filed in accord with the Local Rules and this Court's Policies and no later than **September 5, 2018**.

4. No later than **September 17, 2018**, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial along with a reference to the Bates number or other identification of the documents used in discovery.

5. No later than **September 18, 2018**, each party shall file a pretrial memorandum compliant with our Policies.

6. No later than **September 19, 2018**, each party shall file proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories, with an electronic copy e-mailed in Word format to Chambers_of_Judge_Kearney@paed.uscourts.gov.

7. All motions *in limine*, proposed *voir dire* peculiar to your case, objections to proposed jury instructions and highlighted deposition designations (providing the transcript to Chambers) shall be filed on or before **September 21, 2018**. Responses, including highlighted counter-designations, if any, shall be filed on or before **October 1, 2018**.

8. A final pretrial conference will be held telephonically on **October 4, 2018** at **8:30 A.M.** Plaintiff's counsel shall coordinate the telephone conference and call Chambers at 267-299-7680 when all lead trial counsel are on the line.

9. Counsel is attached for jury selection followed by a four (4) day trial beginning on **October 9, 2018** at **9:00 A.M.** in Courtroom 6-B.

10. No other obligation in our February 7, 2018 Order (ECF Doc. No. 11) is affected.

_____
**KEARNEY, J.**