UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**LESLIE MCDERMOTT**                    :
                                        :     CIVIL ACTION
         **vs.**                        :
                                        :     NO.  17-cv-4511 (MAK)
**GREAT LAKES DREDGE AND DOCK CO.**     :

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

     Plaintiff LESLIE MCDERMOTT, by and through undersigned counsel, and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, and this Court's 25 May 2018 Order extending the deadline for Plaintiff to designate general causation expert(s), hereby gives notice that he may call some or all of the following expert witnesses:

1. Andrew Verzilli
   Verzilli & Consultants
   411 N Broad St
   Lansdale, PA 19446

   Mr. Verzilli is an economist with a Masters of Business Administration. He has rendered his preliminary report, and it is submitted. He may testify to:
   Economic damages suffered by the plaintiff pursuant to his injury, i.e. loss of earning capacity, and lost wages, and loss of fringe benefits.  He may testify to the actual loss of wages that Mr. McDermott has had prior to trial. He may testify to the continued lost earning capacity in connection to loss of function in his left knee. He will testify to the present value of his loss of earning capacity, and residual earning capacity.  He may expound on future diminution of capacity vis a vis his post-injury work records.

2. Capt. Mitchell Stoller
   Marex
   21001 N. Tatum Blvd
   Suite 1630-619
   Phoenix, AZ 85050

   Mitchell Stoller is an expert in maritime workplace safety and an experienced captain and seafarer.  He has rendered his preliminary report, and it is submitted. He may testify to:
   The lack of safety of the work environment on Fuel Barge 1003,
   The defendants failure to adhere to ISM maritime safety guidelines, regulations, their the defendant's own internal safety management system,

Their failure to comply with the safe customs and practices of the maritime industry, and their own internal policies and procedures, and unseaworthiness both repeated wrongful method of operation and unseaworthy appurtenances..

He may testify as to the appropriate industry standards for the maximum weight limits one or two men should be allowed to lift or carry, the defendants' failure to address the inoperability of the crane and winch,

He may testify to their failure to conduct hazard identification or risk assessments. He may address the admissions against interest made by both Mr. Campbell and Mr. Smith.

He may draw out and explain the mechanism of the injury vis-à-vis moving, lifting, and pulling the hose and flange.

Treating Physician:

3. Dr. Darren Frank
   Allegheny Health Network
   1307 Federal Street, Second Floor
   Pittsburgh, PA 15212

   Dr. Frank is an orthopedic specialist and treating physician of Leslie McDermott. He is expected to testify to his opinions formed during the course of caring for the plaintiff, such as diagnosis, treatment, prognosis, and causation of his injuries only to the extent that his opinions of such were acquired directly through his diagnosis and treatment of the plaintiff. He may testify as to the injuries the plaintiff suffered, including tears to his menisci and other injuries to his knee, as well as concurrent, pre- and post-operative diagnosis, procedures, and treatment. He may testify to the pain and suffering of the injury, permanent loss of physical function, future exacerbation, and recommendation that he cease working as a mariner that has to work on steel deck, climb ladders, kneel, and bend. He may testify that he needs to modify his work and stop working on tanker barges and/or ships. He may testify to the reasonableness and necessity of the past and future medical expenses and probable need for total knee replacement.

   He may testify to any matter addressed by the defense witnesses or experts and/or what is in his report.

4. Plaintiff may call any expert that may be called or listed by the defense, to be called under Cross Examination by plaintiff.

Respectfully submitted,

*/s/ S. Reed Morgan*
ATTORNEY

THE CARLSON LAW FIRM

Texas State Bar No: 14452300
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (800) 359-5690
Facsimile: (254) 526-8204

E-Mail: rmorgan@carlsonattorneys.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument was served upon the following on the 6th day of July 2018.

Palmer Biezup & Henderson LLP
   Frank P. Deguilio
   190 N. Independence Mall West
   Suite 401
   Philadelphia, Pennsylvania 19106
   Email: fpd@pbh.com

   Charles P. Neely
   190 N. Independence Mall West
   Suite 401
   Philadelphia, Pennsylvania 19106
   Email: cneely@pbh.com

   Attorneys for Defendant
   Great Lakes Dredge and Dock Co., LLC


/s/ *S. Reed Morgan*
S. Reed Morgan