**Appendix of Exhibits in Support Of Great Lakes Dredge & Dock Company's Motion for Partial Summary Judgment on the Issue of Maintenance and Cure**

| Exhibit | Description | Appendix Range |
|---|---|---|
| 1 | Great Lakes Dredge & Dock Company LLC First Notice of Employee Injury or Illness & Great Lakes Dredge & Dock Company LLC Employee Injury or Illness Questionnaire | Appx. 001-003 |
| 2 | Urgent Care Now – October 30, 2016 | Appx. 004-011 |
| 3 | Urgent Care Now – November 2, 2016 | Appx. 012-018 |
| 4 | Health Village Imaging – MRI November 8, 2016 | Appx. 019 |
| 5 | Urgent Care Now – November 10, 2016 | Appx. 020-029 |
| 6 | Paystubs/Records for Leslie McDermott from October 24, 2016, through November 10, 2016 | Appx. 030-036 |
| 7 | November 18, 2016, records from Dr. Darren Frank | Appx. 037-043 |
| 8 | December 6, 2016, surgery records from Dr. Darren Frank | Appx. 044-045 |
| 9 | List of treatment provided to Plaintiff and payments for medical treatment | Appx. 046 |
| 10 | On May 15, 2017, Functional Capacity Evaluation by NovaCare | Appx. 047-059 |
| 11 | May 31, 2017, records from Dr. Darren Frank, including Work Capabilities Report | Appx. 060-066 |
| 12 | Deposition of Dr. Darren Frank | Appx 067-165 |
| 13 | Physical and employment application of Plaintiff from Weeks Marine and Anderson/Kelly Associates, Inc. | Appx. 166-172 |
| 14 | May 9, 2018, independent medical examination of Dr. Robert Mannherz | Appx. 173-181 |
| 15 | Deposition of Dr. Leslie McDermott | Appx. 182-247 |
| 16 | Maintenance and Advance Payments to L. McDermott | Appx. 248-279 |
| 17 | List of COBRA insurance payments by GLDD for Leslie McDermott | Appx. 280 |
| 18 | Complaint | Appx. 281-291 |
| 19 | Answer to Complaint | Appx. 292-302 |
| 20 | May 30, 2018, Work Capabilities Report from Dr. Darren Frank | Appx. 303 |

PBH539446.1