# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LESLIE MCDERMOTT** : | |
| : | **CIVIL ACTION** |
| vs. : | |
| : | **NO. 17-cv-4511 (MAK)** |
| **GREAT LAKES DREDGE AND DOCK CO.** : | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of Plaintiff Leslie McDermott's Motion for Partial Summary Judgment On Seaman Status, Unseaworthiness, and Jones Act Negligence, ECF. No. 23, and Defendant's Response thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion for Partial Summary Judgment On Seaman Status, Unseaworthiness, and Jones Act Negligence is GRANTED.

BY THE COURT:

_____