# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LESLIE MCDERMOTT** : | |
| : | **CIVIL ACTION** |
| vs. : | |
| : | **NO. 17-cv-4511 (MAK)** |
| **GREAT LAKES DREDGE AND DOCK CO.** : | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of Plaintiff Leslie McDermott's Motion To Exclude Defendant's Expert Witness Richard Dinapoli, ECF. No. 24, and Defendant's Response thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion To Exclude Defendant's Expert Witness Richard Dinapoli is GRANTED.

BY THE COURT:

_____