**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LESLIE MCDERMOTT** | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO. 17-4511** |
| | : |
| **GREAT LAKES DREDGE AND DOCK** | : |
| **COMPANY** | : |

## ORDER

**AND NOW,** this 12th day of September 2018, upon review of Plaintiff's Motion to amend (ECF Doc. No. 31) and Motion to quash deposition (ECF Doc. No. 43), it is **ORDERED** we shall hold a telephone conference with all counsel on **Thursday, September 13, 2018** at **8:45 A.M.** Counsel for Plaintiff shall initiate this call and timely call Chambers at 267-299-7680 when all counsel are on the line.

_____
**KEARNEY, J.**